SCANNED at Putnamville and Emailed on 5/20/24 by RP — 9 pages. (date) (initials) (num)

FILED
05/20/2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY
SEEKING REVIEW OF PRISON DISCIPLINARY SANCTIONS

United States District Court   District **Southern District of Indiana**

Name: **Mitchell Hamilton**   Prisoner No.: **#149320**   Case No. **2:24-cv-185-MPB-MG**

Place of Confinement: **Putnamville Correctional Facility**

Name of Petitioner:
(Include name under which convicted)
**Mitchell Hamilton**   v.   Name of Respondent: **Pretorius**

The Attorney General of the State of Indiana

## PETITION

1. Name and location of Prison Disciplinary Body, which determined guilt:
   **Putnamville Correctional Facility**

2. Date of Guilt determination:
   **Feb. 22nd, 2023**

3. Sanctions imposed:
   **$10,000.00 for hospital bills, 90 days DS, loss of CC, loss of 180 days earned credit time, 45 day GTL restriction. Written reprimand: don't commit assault.**

4. Nature of rule infractions involved (all counts):
   **A-102**

5. What was your plea? (Check one)
   a. (a) Not guilty  ☒
   b. (b) Guilty  ☐

6. If you pleaded not guilty, what kind of disciplinary hearing did you have? (Check one)
   a. Screening Officer Hearing  ☒
   b. (b) Full Hearing  ☐

7. Did you testify at your disciplinary hearing?
   a. Yes ☒   No ☐

8. Did you appeal from the guilty determination and imposition of sanction(s)?
   a. Yes ☒   No ☐

9. If you did appeal, answer the following:
   a) Name and title of Reviewing Authority: **Deputy Warden Phegley**
   b) Result: **Denied**
   c) Date of result: **2-27-23**

d) Grounds raised Insufficient evidence/challenging restitution sanction

If you sought further review of the decision on appeal by a higher Reviewing Authority, please answer the following:

a. Name and title of Reviewing Authority: Appeal Review Officer: Deborah Reasoner
b. Result Denied
c. Date of result 4-27-23
d. Grounds raised insufficient evidence for restitution sanction.

10. Have you previously filed any petitions, applications, or motions with respect to this Disciplinary Finding in any court, state or federal?

a. Yes ☐    No ☒

11. If your answer to 10 was "yes," give the following information:

(1) Name of court

(2) Nature of proceeding

(3) Grounds raised

12. State *concisely* every ground on which you claim that you were unconstitutionally deprived of credit time or subjected to unconstitutional disciplinary punishment. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
CAUTION: In order to proceed in federal court, you must first exhaust all available administrative appellate remedies as to each ground on which you request relief from federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. It is suggested that you read *Marham v Clark*. 978 F.2d 993 (7th Cir. 1990) prior to filing this petition.

a) Ground One: Insufficient Evidence

Supporting Facts: On Feb. 22nd, 2023 I was found guilty of an A-102 on I.I. Cameron Koressel. The DHO ordered a $10,000.00 restitution sanction for hospital bills at the time of my hearing. On May 10th 2023 I provided a copy of the hospital bill showing that Medicaid covered the entire bill and a $0.00 balance was forwarded to the IDOC. Therefore the sanction should have been removed from my account. IDOC is still taking all the money that is deposited on my account, only leaving $5.00 for hygeine. I have exhausted all grievence remedies in this matter as well as reached out to the warden. So I'm challenging the Grievious loss sanction.

14. Do you have any petition or appeal now pending in any court or administrative agency, either state or federal, as to the judgment under attack?

   a. Yes ☐   No ☒

15. Give the name, Title, and/or D.O.C Numbers, if known, of each offender, of any staff or lay advocates, who represented you in the following stages of the disciplinary proceedings in the following stages of the judgment attacked herein:

   a) At Disciplinary hearing:
   Lay Advocate: Jamar Barnesse #191932

   b) At Institutional Level Appeal:

   c) At I.D.O.C. Level Appeal:

**WHEREFORE**, Petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Petitioner

## DECLARATION

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on

DATE: 5-15-24

_____
Signature of Petitioner

## CERTIFICATE OF SERVICE

I, Mitchell, Hamilton, hereby certify that on this 15th day of May, 2024, I served a true and correct copy of the foregoing Petition under 28 USC § 2254 For Writ Of Habeas Corpus upon the Attorney General of Indiana, Indiana Government Center South, Fifth Floor, 302 W. Washington Street, Indianapolis, Indiana 46204; by ordinary, first class, postage prepaid, United States Mail.

_____
Signature of Petitioner