UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MITCHELL HAMILTON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 2:24-cv-00185-MPB-MG |
| ) | |
| PRETORIUS, ) | |
| ) | |
| Respondent. ) | |

**FINAL JUDGMENT**

The Court **DISMISSES WITHOUT PREJUDICE AS MOOT** Mr. Hamilton's Petition for a Writ of Habeas Corpus.

Dated: December 5, 2024

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

**Distribution via ECF to all counsel of record**

**Distribution via U.S. Mail to:**

Mitchell Hamilton
149320
PUTNAMVILLE - CF
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Hwy 40
Greencastle, IN 46135